**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-2360**

———————

JARIN M. WRAY, Dr.,

        Plaintiff - Appellant,

     v.

RTX CORPORATION,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:25-cv-00656-MOC-SCR)

———————

Submitted:  June 25, 2026                          Decided:  June 29, 2026

———————

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jarin M. Wray, Appellant Pro Se.  Christopher Michael Anderson, Hampton Hunter Bruton, Kirk Gibson Warner, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jarin M. Wray appeals the district court's order dismissing his civil action alleging violations of various federal statutes by his former employer.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Wray v. RTX Corp.*, No. 3:25-cv-00656-MOC-SCR (W.D.N.C. Oct. 20, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*